ANDREW VALENTINE, Bar No. 162094
andrew.valentine@dlapiper.com
GEORGE C. LIMBACH, Bar No. 29710
george.limbach@dlapiper.com
ALAN A. LIMBACH, Bar No. 17305
alan.limbach@dlapiper.com
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Plaintiff
ZAZZLE.COM, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ZAZZLE.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ABBIE ROAD IMPRINTING, LLC, a Wisconsin Limited Liability company,<br><br>Defendant. | CASE NO. C06-07429 JF<br><br>**NOTICE OF DISMISSAL BY PLAINTIFF (Rule 41(a)(1))** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff ZAZZLE.COM, INC. dismisses the Complaint against defendant ABBIE ROAD IMPRINTING LLC with prejudice.  ABBIE ROAD IMPRINTING has not filed an answer or motion for summary judgment.

Dated:  January 25, 2007

**DLA PIPER US LLP**

By _/s/ Andrew Valentine_
ANDREW VALENTINE
GEORGE C. LIMBACH
ALAN A. LIMBACH
Attorneys for Plaintiff
ZAZZLE.COM, INC.

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper Rudnick US LLP, 2000 University Avenue, East Palo Alto, California 94303-2215. On January 25, 2007, I served the within documents:

- **NOTICE OF ENTRY OF ORDER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at East Palo Alto, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via the internet the document(s) listed above to the e-mail addressee(s) as set forth below.

**ATTORNEY FOR DEFENDANT,**
**ABBIE ROAD IMPRINTING, LLC**

Nell & Associates
P.O. Box 5933
400 Reid Street, Ste. N
De Pere, WI 54115

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on January 25, 2007, at East Palo Alto, California.

_____
Sandra Sowell